# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | Martin C. Ashman |
|---|---|---|---|
| CASE NUMBER | 01 C 5520 | DATE | 8/11/2003 |
| CASE TITLE | Theresa A. Stewart vs. State of Illinois, et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Report and recommendation recommending that defendant's motion to dismiss this action [76-1] as a sanction for plaintiff's failure to appear, for a second time, for her deposition be granted is hereby entered of record. All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | 3 number of notices | Document Number |
| | No notices required. | | | |
| ✓ | Notices mailed by judge's staff. | | AUG 12 2003 date docketed | 77 |
| | Notified counsel by telephone. | | | |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | docketing deputy initials | |
| ✓ | Copy to judge/magistrate judge. | U.S. DISTRICT COURT CLERK 03 AUG 11 PM 12:56 | 8/11/2003 date mailed notice | |
| IS | courtroom deputy's initials | Date/time received in central Clerk's Office | IS mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THERESA A. STEWART, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 01 C 5520 |
| | ) | |
| v. | ) | Judge Elaine E. Bucklo |
| | ) | |
| THE STATE OF ILLINOIS, | ) | Magistrate Judge |
| DEPARTMENT OF CORRECTIONS, | ) | Martin C. Ashman |
| STATEVILLE, | ) | |
| | ) | |
| Defendant. | ) | |

DOCKETED AUG 1 2 2003

## REPORT AND RECOMMENDATION

This case is before the Court on Defendant's motion to dismiss this action as a sanction for Plaintiff's failure to appear, for a second time, for her deposition. Defendant also moves the Court to dismiss this action for want of prosecution. For the reasons set forth below, the Court finds that Defendant's motions should be granted.[1]

### I. Background

Plaintiff Theresa Stewart brought suit against Defendant Illinois Department of Corrections, alleging that she was sexually harassed while employed by the Defendant as a correctional officer at Stateville Correctional Center. Plaintiff is proceeding *pro se*.

On May 28, 2003, Plaintiff failed to appear for a scheduled deposition and did not notify Defendant's attorney that she was unable to appear for the deposition. On June 20, 2003, this

---

[1] This matter comes before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72.1 for a report and recommendation.

Court sanctioned Plaintiff and ordered her to pay $120.00 for her failure to appear for the deposition, as that was the amount of costs incurred by Defendant's attorneys for the court reporter. We further ordered Plaintiff to appear at the offices of Defendant's attorney and give her deposition on July 23, 2003. Defendant sent Plaintiff a notice of deposition for that same date. Plaintiff again failed to appear.

On July 31, 2003, this Court held a status hearing. Plaintiff failed to appear. On August 5, 2003, due notice having been given, this Court heard argument on Defendant's motion to dismiss as a sanction and motion to dismiss for failure to prosecute. Plaintiff failed to appear. At the hearing, Defendant asked the Court for the unknown costs it incurred as court reporter's fees for the July 23rd scheduled deposition.

## II. Discussion

### A. Motion to Dismiss as Sanctions

Under Federal Rule of Civil Procedure 37, the court may impose sanctions for abuse of the discovery process. The sanctions imposed may include the dismissal of a case, but "considering the severe and punitive nature of dismissal as a discovery sanction, a court must have clear and convincing evidence of willfulness, bad faith or fault before dismissing a case." *Maynard v. Nygren*, 332 F.3d 462, 468 (7th Cir. 2003). This standard has been met in this case.

Plaintiff twice failed to appear for her deposition. In the most recent instance, Plaintiff was present in court (June 20, 2003, the last time she appeared) when we ordered her to appear for her deposition on July 23, 2003. Plaintiff gave no indication on that date that she would be unable to appear, nor did she subsequently inform Defendant that she would not appear on that

date. Her failure to appear was willful and in bad faith. Lesser monetary sanctions have failed to work as demonstrated by the ineffectiveness of the monetary sanction for her failure to appear for the first deposition. For these reasons, we recommend that Plaintiff be sanctioned in the amount of $125.00 for the court reporter's fees, and we recommend that Defendant's motion to dismiss as sanctions for Plaintiff's failure to appear for her deposition be granted.

### B. Motion to Dismiss for Want of Prosecution

Under Federal Rule of Civil Procedure 41, the court may dismiss an action for failure of the plaintiff to prosecute or to comply with the rules or the court's orders. Dismissal fo a case "is one of the tools available to district courts 'to achieve the orderly and expeditious disposition of cases.'" *Williams v. Chic. Bd. of Educ.*, 155 F.3d 853, 857 (7th Cir. 1998) (*quoting Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962)). However, because dismissal is such a harsh sanction, it "should be used 'only in extreme situations, when there is a clear record of delay or contumacious conduct, or when other less drastic sanctions have proven unavailing.'" *Id.* (*quoting Dunphy v. McKee*, 134 F.3d 1297, 1299 (7th Cir. 1998) (citations omitted)).

Plaintiff's actions cause us to reach the conclusion that this case should be dismissed for failure to prosecute. Plaintiff has failed to appear for the last two scheduled court dates. She twice failed to appear for her scheduled deposition, even when ordered to by this Court. Monetary sanctions have failed to work. For these reasons, we recommend that Defendant's motion to dismiss for want of prosecution be granted.

## III. Conclusion

For the reasons discussed above, the Court concludes that Plaintiff should be sanctioned in the amount of $125.00 and that this case should be dismissed with prejudice as a sanction for her failure to appear for her deposition. In the alternative, the Court recommends that Defendant's motion to dismiss for want of prosecution be granted.

Dated: August 11, 2003.

MARTIN C. ASHMAN
United States Magistrate Judge

Written objections to any finding of fact, conclusion of law, or the recommendation for disposition of this matter must be filed with the Honorable Elaine E. Bucklo within ten (10) days after service of this Report and Recommendation. *See* Fed. R. Civ. P. 72(b). Failure to object will constitute a waiver of objections on appeal.

Copies have been mailed to:

| | |
|---|---|
| THERESA A. STEWART<br>P.O. Box 1238<br>Matteson, IL  60443 | DEBORAH J. ALLEN, Esq.<br>Office of the Attorney General<br>General Law Bureau<br>100 West Randolph Street<br>13th Floor<br>Chicago, IL  60601 |
| *Pro Se* Plaintiff | Attorney for Defendant |